IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NICHOLAS DWYER, on
behalf of himself and all others
similarly situated,**

    *Plaintiff*,

v.                                            Case No.: 4:22cv243-MW/MAF

**ISIS LOGISTICS, LLC, et al.,**

    *Defendants*.

_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal without prejudice. ECF No. 29. The notice is effective without an order.[1] *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk must close the file.

**SO ORDERED on August 29, 2023.**

                                                 *s/Mark E. Walker*
                                                 **Chief United States District Judge**

---

[1] This Court recognizes that had the parties filed a notice of settlement, this Court would have to approve the settlement before closing this case. But here, the parties filed a stipulation of dismissal which requires no approval from this Court.